UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND EDWARD CHESTNUT, | : | CIVIL ACTION NO. 3:CV-13-2951 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| WARDEN J. THOMAS, | : | |
| Respondent | : | |

**ORDER**

**AND NOW, THIS 4th DAY OF DECEMBER, 2014,** for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for a writ of habeas corpus, (Doc. 1), is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court shall **CLOSE** this case.

**United States District Judge**